IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>CHRISTOPHER SCOTT FRY,<br><br>                    Defendant. | Case No. 3:17-CR-30179-NJR-1 |

## FINAL ORDER OF FORFEITURE

**ROSENSTENGEL, Chief Judge:**

On October 15, 2018, this Court entered an order for forfeiture (Doc. 94) against Defendant Christopher Scott Fry for the following property, which had been seized from him:

> **One Ruger, model P95, 9mm semiautomatic handgun, bearing serial number 316-78885;**
>
> **One Harrington and Richardson Tamer, model SB1, 410 gauge shotgun, bearing serial number HH202099;**
>
> **One Marlin .44 Remington, model 1894 lever action rifle, bearing serial number 22002200;**
>
> **One Mossberg & Sons .22LR, Model 351KA, bearing no serial number, with a Bushnell 4X custom .22 scope attached thereto;**
>
> **Any and all ammunition contained therein or seized therewith; and**
>
> **$15,000 in United States currency in lieu of real property located at 19300 Grange Hall Road, Brighton, Jersey County, Illinois.**

The order further provided that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the Government on an official government

website, www.forfeiture.gov, for 30 consecutive days beginning October 25, 2021, and ending November 23, 2021, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the property described above that is the subject of the Order of Forfeiture filed on October 15, 2018, namely:

> **One Ruger, model P95, 9mm semiautomatic handgun, bearing serial number 316-78885;**
>
> **One Harrington and Richardson Tamer, model SB1, 410 gauge shotgun, bearing serial number HH202099;**
>
> **One Marlin .44 Remington, model 1894 lever action rifle, bearing serial number 22002200;**
>
> **One Mossberg & Sons .22LR, Model 351KA, bearing no serial number, with a Bushnell 4X custom .22 scope attached thereto;**
>
> **Any and all ammunition contained therein or seized therewith; and**
>
> **$15,000 in United States currency in lieu of real property located at 19300 Grange Hall Road, Brighton, Jersey County, Illinois.**

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**IT IS SO ORDERED.**

**DATED:   January 13, 2022**

_____
**NANCY J. ROSENSTENGEL**
Chief U.S. District Judge